IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DANNY BRASHEAR,<br>Plaintiff,<br><br>v.<br><br>CCG SYSTEMS, INC.<br>(A Virginia Corporation)<br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:18-cv-00059<br>) JURY DEMAND<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO AMEND

Comes the Plaintiff, Danny Brashear, by and through counsel, and moves this Court to amend his complaint pursuant to Rule 15 F. R. Civ. P. The Plaintiff is filing a Proposed Amended Complaint simultaneously herewith. In support of said motion, the Plaintiff would state and show that his proposed amendment adds a tort claim for retaliatory discharge which has occurred since the Plaintiff filed his original complaint on July 18, 2018 and he was terminated by the Defendant without cause and in retaliation for filing this declaratory judgment action. The Defendant will not be prejudiced by allowing this amendment.

Respectfully submitted,

/s/ G. Kline Preston, IV
G. Kline Preston, IV #17141
Kline Preston Law Group, P.C.
4515 Harding Pike, Suite 107
Nashville, TN 37205
Phone: (615) 279-1619
Fax: (866) 610-9565
kpreston@klineprestonlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that, on the 7th day of September, 2018, that the foregoing document was filed electronically with the Clerk of the Court, using the CM/ECF system which sent notification of such filing to the following persons:

Mr. John Park, Esq.
Mr. Taylor J. Askew, Esq.
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: 615-244-6380
Fax: 615-244-6804
John.park@wallerlaw.com
Taylor.askew@wallerlaw.com
*Attorneys for Defendant*

/s/ G. Kline Preston, IV
G. Kline Preston IV