IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DANNY BRASHEAR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:18-cv-00059 |
| CCG SYSTEMS, INC., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) ) | |

### ORDER

Pending before the Court is the parties' Notice of Stipulation of Dismissal with Prejudice (Doc. No. 43), indicating that all matters in dispute have been resolved and this case should be dismissed. Accordingly, this case is **DISMISSED**, with prejudice. The trial set for January 28, 2020, and the pretrial conference set for January 9, 2020, are cancelled. All pending motions are **DENIED** as moot, and the Clerk is directed to close the file.

This order shall constitute the final judgment pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE